[No. 8638-1-III. Division Three. May 26, 1988.]

HATTIE GARDNER, *Individually and as Personal Representative, Appellant,* v. THE TRAVELERS INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 86-2-00142-1, Clinton J. Merritt, J., entered May 8, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 20890-0-I. Division One. May 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKLIN R. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-02006-8, Frank H. Roberts, Jr., J., entered August 17, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 20460-2-I. Division One. May 31, 1988.]

NANCE DEHRING, *Appellant,* v. HIGH POINT COMMUNITY HEALTH CENTER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-05766-8, James J. Dore, J., entered April 24, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J.

[Nos. 20441-6-I; 20442-4-I. Division One. May 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDOLPH DAVIS, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 86-1-04648-4, Edward Heavey, J., entered April 10, 1987. *Dismissed* by unpublished per curiam opinion.